```
JOHN T. KENDALL
Trustee
2601 Blanding Avenue, Bldg C, Ste. 110
Alameda, CA  94501
(510)523-9821
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                )   CASE NO.  08-42361 RJN
                                      )
NEW PEE WEE MULDOONS                  )   Chapter 7
BAR & GRILL, INC.,                    )
                                      )   NOTICE OF UNCLAIMED
           Debtor.                    )   DIVIDENDS
                                      )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court, unclaimed dividends in the amount of $.25. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

Claim#   Name of Claimant   Claim Amount   Dividend Amount

    See attached schedule

                                     Total Unclaimed Dividends $.25

Dated: 4/28/10

                                     _____
                                     JOHN T. KENDALL, Trustee

FILED APR 29 2010 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

RECEIVED MAY 3 2010 BANKRUPTCY COURT OAKLAND, CALIFORNIA

CASE NAME: New Pee Wee Muldoons Bar & Grill

CASE NUMBER: 08-42361 RJN

| CLAIM NO. | CREDITOR NAME ADDRESS | CLAIM AMOUNT FED | UNCLAIMED FUNDS |
|---|---|---|---|
| 22 | State Board of Equalization<br>Special Procedures Function<br>MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | $10,036.97 | $ .10 |
| 24 | EDD<br>PO Box 826880, MIC 92E<br>Sacramento, CA 94280-001 | $ 1,971.42 | $ .04 |
| 27 | Mark A McLaughlin, Esq<br>3012 Lone Tree Way #300<br>Antioch, CA 94509 | $11,039.00 | $ .11 |
|  |  | Total funds | $ .25 |